UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)    3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Deirdre A. Smith v. Bayer Corp., et al.*     No. 3:10-cv-11273-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 25, 2013, the above captioned case is **DISMISSED with prejudice**. Each party shall bear their own costs.

                                                             NANCY J. ROSENSTENGEL,
                                                             CLERK OF COURT

                                                             BY:  /s/*Sara Jennings*
                                                             **Deputy Clerk**

Dated:  June 25, 2013

                           David R. Herndon
                           2013.06.25
                           15:12:25 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT